UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF FLORIDA

MACK WELLS AND CLYDE MCPHATTER
AND LUX T.                                                              Case Number: 16-20686-PGH
                                                                        *chap. 7*

_____/

MOTION TO STRIKE MOTION FOR VOLUNTARY DISMISSAL
AND MOTION TO EXTEND TIME TO GET ATTORNEY

To the Court I would like to correct my request on the voluntary dismissal with a

Motion to strike it and request more time maybe two weeks it may be possible that I can find

An affordable attorney to help me, thank you for your patience Sir I just need more time.

Trustee:    James Buckman
            2035 Linton Lake Dr. Apt. B
            Delray Beach 33445